# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143679

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

KRISTINE K. KARMOL, as Next Friend of
Justine Durand, Minor,
          Plaintiff-Appellant,

v

ENCOMPASS PROPERTY AND CASUALTY
COMPANY,
          Defendant-Appellee,
and

PARAMOUNT CARE, INC.,
          Defendant.

SC: 143679
COA: 298366
Lenawee CC: 07-002515-NF

_____/

On order of the Court, the application for leave to appeal the July 26, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

Clerk

t0319